■ In the Matter of EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v FINANCE ADMINISTRATOR OF THE CITY OF NEW YORK et al., Respondents, and ROBERT ABRAMS, as Attorney-General of the State of New York, Intervenor-Respondent. — Orders, Supreme Court, New York County, entered on August 12, 1980, affirmed on the opinion of Mangan, J., at Special Term, without costs and without disbursements. Concur — Kupferman, Sandler, Markewich and Lynch, JJ.

Murphy, P.J., dissents in part in a memorandum as follows: I would grant Equitable's motions for summary relief only to the extent of declaring subdivision 3 of section 720 of the Real Property Tax Law to be unconstitutional insofar as it is retroactively operative against pending petitions covering tax periods prior to May 22, 1979. (See partial dissent in *Colt Inds. v Finance Administrator of City of N.Y.,* 81 AD2d 777, 780-781.)